# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 19-17805-AMC

HAFEEZAH  SALAAM

5038 IRVING STREET

PHILADELPHIA, PA 19139-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    HAFEEZAH  SALAAM

    5038 IRVING STREET

    PHILADELPHIA, PA 19139-

Counsel for debtor(s), by electronic notice only.

    HENRY ALAN JEFFERSON
    JEFFERSON LAW LLC
    1735 MARKET ST., STE 3750
    PHILADELPHIA, PA 19103-

Date: 3/12/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee