**EARNINGS STATEMENT**



**CCS Medical Practice, PLLC**

443 Donelson Pike
Suite 200
Nashville, TN  37214

Check No: 999481

Check Date: 04/17/2020

Pay Period: 03/29/2020 - 04/11/2020

**Hafeezah Salaam**

NON-NEGOTIABLE

5038 Irving Street

Philadelphia , PA  19139-

Employee ID :  ████2208

Location: Remote Var. PA

Business Title: Nurse Practitioner

Department: 9N0M410

Pay Rate: $121,000.00 Annual

Net Pay

USD  **$3,177.60**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Regular | 0.000 | 0.00 | 0.00 | 3,723.08 | 352.00 | 0.00 | 20,338.44 |
| Regular | 57.692 | -8.00 | -8.00 | -461.54 | 0.00 | 0.00 | 0.00 |
| PTO | 57.692 | 8.00 | 0.00 | 461.54 | 176.00 | 0.00 | 10,153.85 |
| Unrestricted Floating Holiday | 0.000 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 461.54 |
| Discretionary Bonus 1 | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,750.00 |
| Benefit Allowance | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| Nondiscretionary Hiring Bonus | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 |
| **Gross Pay** | | 0.00 | 0.00 | 3,723.08 | 536.00 | 0.00 | 44,703.83 |
| **Fed Taxable Gross** | | | | 3,723.08 | | | 44,703.83 |

### Taxes and Deductions

| Taxes | Current | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 1,100.00 |
| Fed MED/EE | 53.99 | 648.21 |
| Fed OASDI/EE | 230.83 | 2,771.64 |
| PA Unempl EE | 2.23 | 24.42 |
| PA Withholdng | 114.30 | 1,372.40 |
| PA  Withholdng | 144.13 | 1,730.56 |
| **Total Taxes** | 545.48 | 7,647.23 |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Total Before Tax Deductions | 0.00 | 0.00 | 0.00 |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Total After Tax Deductions | 0.00 | | 0.00 |
| Total  Deductions | 0.00 | | 0.00 |
| Net Pay | 3,177.60 | | 37,056.60 |

### Tax Withholding

| Description | Federal | PA State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 99.00 | 99.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Taxable | 0.00 | 0.00 |

| Non-Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Non-Taxable | 0.00 | 0.00 |
| Total Benefits | 0.00 | 0.00 |

### Time Off

| Description | VAC/PTO |
|---|---|
| Start Balance | 40.00 |
| +Earned | 120.00 |
| -Taken | 176.00 |
| +Adjustments | 0.00 |
| End Balance | -16.00 |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 8319 | 3.18 |
| Checking | 4599 | 3174.42 |
| **Total** | | 3177.60 |