UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

June 2, 2020

To:
Xiong-Men, Nu

        In re: Hafeezah Salaam
        Bankruptcy No. **19-17805AMC**
        Adversary No.
        Chapter 13

Re Notice of Assignment to Transfer Claim Transfer Agreement 3001 (e) 2 (doc #47)

The above document(s) were filed in this office on 6/2/20. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    ( )    Voluntary Petition
    ( )    Adversary Proceeding
    ( )    $31.00 Filing Fee for Amendments
    (x)    $25.00 Claims Transfer Fee
    ( )    Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

        Timothy B. McGrath
        Clerk


        By:**Randi Janoff**
          Deputy Clerk

*Fee Notice*
*(11/26/18)*