```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-17805-amc
Hafeezah Salaam                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi                 Page 1 of 1                  Date Rcvd: Jun 02, 2020
                              Form ID: pdf900             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2020.
```
                Toudoua Thao,    ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
14507946        ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

```
           ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2020 at the address(es) listed below:
```
              HENRY ALAN JEFFERSON    on behalf of Debtor Hafeezah   Salaam hjefferson@hjeffersonlawfirm.com,
               hjeffersonone@gmail.com;r60499@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

June 2, 2020

To:
Xiong-Men, Nu

> In re: Hafeezah Salaam
> Bankruptcy No. **19-17805AMC**
> Adversary No.
> Chapter 13

Re Notice of Assignment to Transfer Claim Transfer Agreement 3001 (e) 2 (doc #47)

The above document(s) were filed in this office on 6/2/20. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|     |     |
| --- | --- |
| ( ) | Voluntary Petition |
| ( ) | Adversary Proceeding |
| ( ) | $31.00 Filing Fee for Amendments |
| (x) | $25.00 Claims Transfer Fee |
| ( ) | Motion Filing Fee |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

> Timothy B. McGrath
> Clerk


> By:**Randi Janoff**
> Deputy Clerk

*Fee Notice*
*(11/26/18)*