# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Hafeezah Salaam, | : | |
| | : | Bankruptcy No. 19-17805-amc |
| Debtor(s) | : | |
| | : | |
| | : | |

### ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN ON 5038 IRVING STREET, PHILADELPHIA, PA 19139

**AND NOW**, upon consideration of the Debtor's motion to avoid and cancel a judicial lien held by **Bankers Healthcare Group, LLC**, on Debtors' Real Property, and any responses thereto, it is hereby **ORDERED** and **DECREED** that the judicial lien held by **Bankers Healthcare Group, LLC**, in and on Debtors' Real Property, located at 5038 Irving Street, Philadelphia, PA 19139, entered of record at **Case ID No. 190802432** in the Court of Common Pleas of Philadelphia County, be and hereby is **PARTIALLY AVOIDED** in the amount of $51,923.38 upon entry of the discharge.

It is further **ORDERED** that **Bankers Healthcare Group, LLC**, is directed forthwith to take all steps necessary and appropriate to release the said judicial lien and remove it from the local judgment index upon completion of the Chapter 13 Plan and entry of an Order closing this case.

Date: **July 28, 2020**

_____
**HON. ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**