United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Hafeezah Salaam  
    Debtor

Case No. 19-17805-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jul 28, 2020  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.  
db          +Hafeezah Salaam,   5038 Irving Street,   Philadelphia, PA 19139-4111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:  
        HENRY ALAN JEFFERSON    on behalf of Debtor Hafeezah  Salaam hjefferson@hjeffersonlawfirm.com, hjeffersonone@gmail.com;r60499@notify.bestcase.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                        TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :  Chapter 13
    Hafeezah Salaam,  :
 :  Bankruptcy No. 19-17805-amc
    Debtor(s)  :
 :
 :

### ORDER GRANTING DEBTOR'S MOTION
### TO AVOID JUDICIAL LIEN ON
### 5038 IRVING STREET, PHILADELPHIA, PA 19139

**AND NOW**, upon consideration of the Debtor's motion to avoid and cancel a judicial lien held by **Bankers Healthcare Group, LLC**, on Debtors' Real Property, and any responses thereto, it is hereby **ORDERED** and **DECREED** that the judicial lien held by **Bankers Healthcare Group, LLC**, in and on Debtors' Real Property, located at 5038 Irving Street, Philadelphia, PA 19139, entered of record at **Case ID No. 190802432** in the Court of Common Pleas of Philadelphia County, be and hereby is **PARTIALLY AVOIDED** in the amount of $51,923.38 upon entry of the discharge.

It is further **ORDERED** that **Bankers Healthcare Group, LLC**, is directed forthwith to take all steps necessary and appropriate to release the said judicial lien and remove it from the local judgment index upon completion of the Chapter 13 Plan and entry of an Order closing this case.

Date: **July 28, 2020**

_____
**HON. ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**