IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: HAFEEZAH SALAAM<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party** | )<br>) Case No.: 19-17805 (AMC)<br>) |
| v. | )<br>) **Hearing Date: 6-22-21 at 11:00 AM** |
| HAFEEZAH SALAAM<br>**Respondent(s)** | )<br>) 11 U.S.C. 362<br>) |
| WILLIAM C. MILLER<br>**Trustee** | )<br>) |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2018 Honda Odyssey** bearing vehicle identification number 5FNRL6H73JB110952 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:

**Date: June 22, 2021**

_____
UNITED STATES BANKRUPTCY JUDGE