# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-17805-AMC

HAFEEZAH  SALAAM

5038 IRVING STREET

PHILADELPHIA, PA 19139-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  HAFEEZAH  SALAAM

  5038 IRVING STREET

  PHILADELPHIA, PA 19139-

Counsel for debtor(s), by electronic notice only.

  HENRY ALAN JEFFERSON
  JEFFERSON LAW LLC
  1700 MARKET ST., STE 1005
  PHILADELPHIA, PA 19103-

Date: 9/17/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee