**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Hafeezah Salaam, | : | Chapter    13 |
| | : | |
| Debtor(s) | : | Case No.    19-17805-AMC |

\* \* \* \* \* \* \*

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The movant, Debtor(s) Name, has filed a Motion to Modify Plan Post-Confirmation.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant relief sought in the motion or if you want the court to consider your views on the motion, then on or before **04/16/2022** you or your attorney must do <u>all</u> of the following:

(a) file an answer explaining your position at

**U.S. Bankruptcy Court, E.D. PA**
**900 Market Street, Suite 400**
**Philadelphia, PA 19107-4299**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

**Henry A. Jefferson, Esq.**
**Jefferson Law, LLC**
**1700 Market Street, Suite 1005**
**Philadelphia, PA 19103**
**Tel.: (215) 399-0911**
**Fax: (267) 399-3035**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the **Honorable Ashely M. Chan** on **5/3/22**, at **10:00 a.m.**, in **Courtroom #4**, **900 Market Street,**

**Philadelphia, PA 19107**.  Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

      4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.


**Date: April 2, 2022**