UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Hafeezah Salaam
      Bankruptcy No. 19-17805AMC
      Adversary No.
      Chapter      13

Date:   April 4, 2022

To:   Henry Jefferson, Esq.

## NOTICE OF INACCURATE FILING

Re:  Certificate of Service (attachment to docket #95)

The above pleading was filed in this office on **4-2-22 .**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )  Debtor's name does not match case number listed
- ( )  Debtor's name and case number are missing
- ( )  Wrong PDF document attached
- ( )  PDF document  not legible
- ( )  Notice of Motion/Objection
- (x)  Electronic Signature missing
- ( )  Other:

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Randi Janoff**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04