# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 13 |
| Hafeezah Salaam, | : | |
|  | : | Bankruptcy No. 19-17805-AMC |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan, filed by Jefferson Law, LLC, was served upon the United States Trustee, the Standing Chapter 13 Trustee, the Debtor, and secured and priority creditors, electronically or by mail, on the date set forth below:

| | |
|---|---|
| LVNV Funding<br>c/o David Apothaker, Esq.<br>520 FELLOWSHIP ROAD SUITE C-306<br>Mount Laurel, NJ 08054 | BRAVO HEALTH, LLC<br>ATTN: DANIEL WECHSLER, ESQ.<br>107 N COMMERCE WAY, SUITE 100<br>Bethlehem, PA 18017 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Water Revenue Bureau<br>c/o City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 |
| MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118 | Hafeezah Salaam<br>5038 Irving Street<br>Philadelphia, PA 19139 |

[Signature on page page]

|  |  |
|---|---|
| | JEFFERSON LAW, LLC |
| Dated: April 2, 2022 | By: _____<br>Henry A. Jefferson, Esq.<br>Attorney for the Debtor(s) |

1700 Market Street, Suite 1005
Philadelphia, PA 19103
P: 215-399-0911
E: hjefferson@hjeffersonlawfirm.com