**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re: | Hafeezah Salaam, | : | Chapter 13 |
| | | : | |
| | Debtor(s) | : | Case No. 19-17805-AMC |
| | | : | |

## <u>ORDER</u>

**AND NOW,** upon consideration of the Motion to Modify Plan Post-Confirmation filed by the

Debtor's counsel, and upon the Applicant's certification that proper service has been made on all

interested parties, and upon counsel for the Debtor(s) certification of no response,

It is hereby **ORDERED** that the Motion is **GRANTED**.

Date: _____

**Date: July 6, 2022**

_____
**HON. ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**