IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

IN RE: HAFEEZAH SALAAM

CASE NO. 1917805

CLAIM: 18

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW LVNV Funding LLC hereby requests the Trustee notice and payment address on its claim for the above-mentioned case be changed from the following address:

**LVNV Funding LLC**
c/o David Apothaker Esq
520 Fellowship Rd  Ste C-306
Mt Laurel, NJ 08054

To the new address below:

**LVNV Funding LLC C/O Resurgent Capital Services**
**PO Box 10587**
**Greenville SC 29603-0587**

This address change pertains to Trustee payments and all other correspondence for this claim filed by the Creditor.

/s/Susan Gaines                                    Date:  8/2/2022
Susan Gaines
Claims Processor
Telephone: (877) 264-5884
Email: askbk@resurgent.com