# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Hafeezah Salaam | | CHAPTER 13 |
| Debtor(s) | | |
| MIDFIRST BANK | | |
| Movant | | |
| vs. | | NO. 19-17805 AMC |
| Hafeezah Salaam | | |
| Debtor(s) | | |
| Kenneth E. West Esq. | | |
| Trustee | | 11 U.S.C. Sections 362 |

## **ORDER**

AND NOW, this         day of                  , 2022 at Philadelphia, upon consideration of Movant's Motion to Approve Partial Claim it is ORDERED AND DECREED that:

The Motion is granted and the Partial Claim Agreement executed on June 6, 2022 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: August 2, 2022**

_____
United States Bankruptcy Judge.

cc: See attached service list