United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-17805-amc
Hafeezah Salaam  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 1
Date Rcvd: Aug 02, 2022 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hafeezah Salaam, 5038 Irving Street, Philadelphia, PA 19139-4111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HENRY ALAN JEFFERSON | on behalf of Debtor Hafeezah Salaam hjefferson@hjeffersonlawfirm.com hjeffersonone@gmail.com;r60499@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Hafeezah Salaam | | CHAPTER 13 |
| | Debtor(s) | |
| MIDFIRST BANK | Movant | |
| vs. | | NO. 19-17805 AMC |
| Hafeezah Salaam | Debtor(s) | |
| Kenneth E. West Esq. | Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this _____ day of _____, 2022 at Philadelphia, upon consideration of Movant's Motion to Approve Partial Claim it is ORDERED AND DECREED that:

The Motion is granted and the Partial Claim Agreement executed on June 6, 2022 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: August 2, 2022**

_____
United States Bankruptcy Judge.

cc: See attached service list