

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

1917805

DEBTOR(S):

HAFEEZAH SALAAM

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 18 IN THE AMOUNT OF $2,171.34

CREDITOR'S SIGNATURE:

/s/ Suzanne Dickson

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

9/22/2022