IN THE UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Hafeezah  Salaam

CASE NO. 19-17805

CLAIM: 22

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, LVNV Funding, LLC  hereby request all Court and Trustee notices and payment
address on its claim for the above mentioned case be changed from the following address:

LVNV FUNDING, LLC
c/o Apothaker Scian, P.C.
Attn: David J. Apothaker, Esquire
520 Fellowship Road, Suite C-306
Mount Laurel, NJ 08054

To the new address below:

LVNV Funding, LLC c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

This address change pertains to Court and Trustee payments and all other correspondences
for this claim filed by the Creditor.

/s/ **Suzanne Dickson**
Date: 09/22/2022
**Suzanne Dickson**
Telephone: (877) 264-5884

Resurgent Capital Services  Phone: (877)264-5884
PO Box 10587 Email: askbk@resurgent.com
Greenville, SC 29603-0587

Re: HAFEEZAH SALAAM

CASE NO: 1917805

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 9/22/2022

EASTERN DISTRICT OF PENNSYLVANIA

900 Market St., Suite 400

Philadelphia PA 19107-4233

William C. Miller

P.O. Box 40119

Philadelphia PA 19106-0119

HENRY JEFFERSON

JEFFERSON LAW LLC

1700 MARKET ST

PHILADELPHIA PA 19103

/s/ Suzanne Dickson
_____

Signature