Certificate Number: 14912-PAE-DE-039355842

Bankruptcy Case Number: 19-17805



14912-PAE-DE-039355842

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 19, 2025, at 1:58 o'clock PM EST, Hafeezah Salaam completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 19, 2025

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor