United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-17805-amc

Hafeezah Salaam                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 24, 2025 | Form ID: 138OBJ | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hafeezah Salaam, 5038 Irving Street, Philadelphia, PA 19139-4111 |
| 14439817 | + | BRAVO HEALTH, ATTN: DANIEL WECHSLER, ESQ., 107 N COMMERCE WAY, SUITE 100, Bethlehem, PA 18017-8913 |
| 14439816 | + | Bankers Healthcare Group, LLC, c/o Amato and Keating, P.C., Attn: Daniel Wechsler, ESQ., 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 14686083 | + | Jefferson Law LLC, 1700 Market St., Ste. 1005, Phila., PA 19103-3920 |
| 14454543 | + | Jefferson Law, LLC, BNY Mellon Center, 1735 Market Street, Suite 3750, Philadelphia, PA 19103-7532 |
| 14439863 | + | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 25 2025 01:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2025 01:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14439815 | | Email/Text: bankruptcy@bhg-inc.com | Feb 25 2025 01:15:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 14503271 | | Email/Text: megan.harper@phila.gov | Feb 25 2025 01:15:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14439818 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 25 2025 01:15:49 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14439819 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2025 03:28:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14439822 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 25 2025 03:28:02 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14451659 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2025 03:27:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14439823 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2025 03:28:08 | Capital One, N.A., Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14468812 | + | Email/Text: bankruptcy@cavps.com | Feb 25 2025 01:15:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14439824 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2025 03:28:34 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 14439825 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2025 03:17:16 | Chase Card Services, Attn: Bankruptcy, Po Box |

District/off: 0313-2 User: admin Page 2 of 4
Date Rcvd: Feb 24, 2025 Form ID: 138OBJ Total Noticed: 52

|  |  |  |  |
|---|---|---|---|
| | | | 15298, Wilmington, DE 19850-5298 |
| 14439826 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2025 01:15:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14439827 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 25 2025 03:17:16 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14439829 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2025 03:50:07 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14507946 | Email/Text: ECMCBKNotices@ecmc.org | Feb 25 2025 01:15:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14439832 | Email/Text: BNBLAZE@capitalsvcs.com | Feb 25 2025 01:15:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 14439830 | + Email/Text: bnc-bluestem@quantum3group.com | Feb 25 2025 01:15:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14439831 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 25 2025 03:16:22 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14439833 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 25 2025 01:15:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14439834 | Email/Text: GCSBankruptcy@gcserv.com | Feb 25 2025 01:15:00 | GC Services, Attn: Bankruptcy, 6330 Gulfton, Houston, TX 77081 |
| 14439835 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 25 2025 01:15:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14439838 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 03:16:17 | LVNV FUNDING, LLC, 625 PILOT ROAD, SUITE 3, Las Vegas, NV 89119-4485 |
| 14439837 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 03:17:17 | LVNV Funding LLC, c/o Resurgent Capital Srvs, PO Box 10587, Greenville, SC 29603-0587 |
| 14447981 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 03:16:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14439839 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 03:16:34 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14439836 | + Email/Text: bknotification@loandepot.com | Feb 25 2025 01:15:00 | Loandepo.com, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 14447296 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2025 04:00:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14454963 | ^ MEBN | Feb 25 2025 00:46:51 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14439842 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2025 03:16:52 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14471367 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 25 2025 03:17:17 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14439843 | + Email/PDF: bankruptcy_prod@navient.com | Feb 25 2025 03:28:45 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14451841 | + Email/Text: bncnotifications@pheaa.org | Feb 25 2025 01:15:00 | Navient Solutions, LLC on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14439844 | + Email/PDF: bankruptcy_prod@navient.com | Feb 25 2025 03:16:32 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14439853 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2025 05:00:47 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14452795 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2025 03:28:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Feb 24, 2025 | Form ID: 138OBJ | Total Noticed: 52 |

| | | | |
|---|---|---|---|
| 14458725 | ^ | MEBN | |
| | | | Feb 25 2025 00:46:54 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |

| | | |
|---|---|---|
| 14458725 | ^ MEBN | |
| | | Feb 25 2025 00:46:54 — Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14466741 | Email/Text: bnc-quantum@quantum3group.com | |
| | | Feb 25 2025 01:15:00 — Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14463069 | Email/Text: bnc-quantum@quantum3group.com | |
| | | Feb 25 2025 01:15:00 — Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14439859 | Email/PDF: cbp@omf.com | |
| | | Feb 25 2025 03:17:17 — Springleaf Financial S, Po Box 218, Upper Darby, PA 19082 |
| 14439856 | + Email/Text: enotifications@santanderconsumerusa.com | |
| | | Feb 25 2025 01:15:00 — Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 14447836 | + Email/Text: enotifications@santanderconsumerusa.com | |
| | | Feb 25 2025 01:15:00 — Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 14439858 | + Email/Text: bankruptcy@sw-credit.com | |
| | | Feb 25 2025 01:15:00 — Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14439860 | + Email/Text: bncmail@w-legal.com | |
| | | Feb 25 2025 01:15:00 — Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14439861 | + Email/Text: famc-bk@1stassociates.com | |
| | | Feb 25 2025 01:15:00 — Total Visa/Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14439866 | + Email/Text: vci.bkcy@vwcredit.com | |
| | | Feb 25 2025 01:15:00 — Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillboro, OR 97123-0003 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14439821 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14439820 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14439828 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14470664 | * | LVNV Funding, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14439840 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14439841 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14439845 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14439846 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14439847 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14439848 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14439849 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14439850 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14439851 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14439852 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14439854 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14439855 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14439857 | *+ | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 14460213 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14439862 | *+ | Total Visa/Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14439864 | *+ | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |
| 14439865 | *+ | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0313-2                                    User: admin                                    Page 4 of 4
Date Rcvd: Feb 24, 2025                             Form ID: 138OBJ                             Total Noticed: 52

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| HENRY ALAN JEFFERSON | on behalf of Debtor Hafeezah Salaam hjefferson@hjeffersonlawfirm.com hjeffersonone@gmail.com;r60499@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 5

*Form 138OBJ* (6/24)–doc 125 – 124

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Hafeezah Salaam | ) | Case No. 19–17805–amc |
| | ) | |
| | ) | |
|     Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 24, 2025

For The Court

Timothy B. McGrath
Clerk of Court